**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MURVET SARI KANBUR, as Class
Representative, LUTFU KANBUR, as Class
Representative, MURVET SARI KANBUR,
Individually, and LUTFU KANBUR,
Individually,

                              Plaintiffs,

           —*against*—

CITIBANK, N.A.,

                             Defendant.

24 Civ. 1684

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendant hereby stipulate, under Fed. R. Civ. P. 41(a)(1)(A)(ii), that this

action is hereby dismissed with prejudice, with all parties to bear their own fees and costs.

Dated: New York, New York
       June 11, 2024

LAW OFFICES OF JOSEPH M. LICHTENSTEIN, P.C.

By: _____
    T. McKinley Thornton, Esq.
    170 Old Country Road, Suite 615
    Mineola, New York 11501
    (516) 873-6300
    TMThornton@jml-law.com

*Counsel for Plaintiffs*

STEPTOE LLP

By: _____
    Charles Michael
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 506-3900
    cmichael@steptoe.com

*Counsel for defendant Citibank, N.A.*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 6/12/2024

*/s/ Eric N. Vitaliano*

**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.